```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :
                              :     Crim. No. 3:05CR54(JBA)
                              :
                              :     July 24, 2006
         v.                   :
                              :
QUINCY HINES                  :
```

MOTION CONCERNING ACCEPTANCE OF RESPONSIBILITY

In accordance with the plea agreement in this matter, the United States of America respectfully requests that the Court award the defendant a one point deduction in his adjusted offense level pursuant to U.S.S.G. 3E1.1.

```
                         Respectfully submitted,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY

                         EDWARD T. KANG
                         ASSISTANT UNITED STATES ATTORNEY
                         Federal Bar No.  CT26653


                         JAMES J. FINNERTY
                         ASSISTANT UNITED STATES ATTORNEY
                         UNITED STATES ATTORNEY'S OFFICE
                         915 Lafayette Boulevard, Room 309
                         Bridgeport, CT 06604
                         (203) 696-3000
                         Federal Bar No.  CT15203
```

**<u>CERTIFICATION</u>**

     This is to certify that a copy of the foregoing was sent via United States mail, postage prepaid, and hand-delivered on July 24, 2006, to:

James Swaine, Esq.
18 Trumbull Street
New Haven, Connecticut 06511

                                                            _____
                                                            JAMES J. FINNERTY
                                                            ASSISTANT UNITED STATES ATTORNEY